■ (A) JOSEPH J. GRIFFIN, Respondent, v. CORPORATION OF THE CHURCH OF THE ASSUMPTION OF MECHANICVILLE, Appellant. (B) In the Matter of the Claim of JOSEPH DI MICHELE, Respondent, v. GEORGE H. FLINN CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Appeal[s] dismissed, without costs, unless appellant[s] shall file and serve record, brief and note of issue on or before April 17, 1961, and is [are] ready for argument at the term to commence May 15, 1961, in which event the motion is denied.

■ (A) In the Matter of the Claim of THELMA MONETTE, Appellant, v. PAL BLADE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of GRACE RINALDO, Appellant, v. CARRIER CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of G. WENDELL ENSIGN, Respondent, v. GLADYS KLEKOSKY, Appellant. (D) LENA POTIS, Plaintiff, v. PAUL F. BROWN, Defendant.— [In each action] Motion to dismiss appeal[s] granted, without costs.